IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUAN D. REYES MARTINEZ,                    :
                       *Petitioner,*                :
                                       :

        v.                                 :    CIVIL NO. 26-4314
                                       :

J.L. JAMISON et al.,                       :
                    *Respondents.*             :

## ORDER

**AND NOW,** this **25th** day of **June 2026,** upon consideration of Juan D. Reyes Martinez's Petition for a Writ of Habeas Corpus (ECF No. 2), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Reyes from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on June 26, 2026.

2. The Government is enjoined from detaining Mr. Reyes Martinez under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED.**

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**